IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| WILSON EDUARDO DELGADO BARRENO, | § § § § | |
| Petitioner, | § § | No. 1:26-CV-00776-DAE |
| v. | § § | |
| VERGARA, et al., | § § | |
| Respondents. | § | |

<u>ORDER FOR ADDITIONAL BRIEFING</u>

Before the Court is Wilson Eduardo Delgado Barreno's ("Petitioner")

Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (the "Petition") (Dkt.

# 1), and Federal Respondents' Response (Dkt. # 5).  Petitioner did not file a reply.

The Court requires more information before it can rule on the Amended Petition.

**IT IS THEREFORE ORDERED** that, on or before **April 24, 2026**,

Petitioner shall file supplemental briefing with answers to the following questions:

1. At Petitioner's time of entry, was he apprehended by immigration authorities? If so, how long was he detained and when was he released?

2. Furthermore, if he was apprehended upon entry and released, was he released under (i) a grant of humanitarian parole pursuant to the Immigration and Nationality Act ("INA") § 212(d)(5)(A); or (ii) an order releasing him on his own recognizance? Please provide documentation if available.

1

3. Has Petitioner remained continuously in the United States since he first entered? If not, when was his most recent entry to the United States?

4. What were the circumstances of Petitioner's detention? Please provide more information as to what led to the encounter with law enforcement.

5. Does Petitioner have family in the United States? Does Petitioner have any United States Citizen or lawful permanent resident family members?

6. Does Petitioner have any criminal history? If so, please provide further details for the Court.

7. What other connections has Petitioner established with the United States, if any?

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, April 17, 2026.

_____
David Alan Ezra
Senior United States District Judge

2